**PROB 12B**
(7/93)

## United States District Court
### for
### District of New Jersey
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rashad Edwards                                    Cr.: 07-00371-001
                                                                    PACTS Number: 48948

Name of Sentencing Judicial Officer: Susan D. Wigenton, USDJ

Date of Original Sentence: 02/04/2008

Original Offense: Felon in Possession of a Weapon

Original Sentence: 42 months imprisonment, 2 years supervised release, $500 fine, $100 special assessment

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/05/10

### PETITIONING THE COURT

[ ] To extend the term of supervision for      Years, for a total term of      Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

### CAUSE

On February 3. 2011, after being confronted by probation, the offender admitted he had drank alcohol in excess on several occasions since the commencement of supervision.

Respectfully submitted,

By: Kevin P. Egli
U.S. Probation Officer
Date: 05/03/11

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date